REGISTRATION RECORD          **FAIRFAX HOSPITAL SYSTE**

AT. NO. 99068    ADMISSION TYPE    EMERGENCY    TH   AIRFAX HOSP   L   *REPRINT*

| PATIENT | PATIENT NO. | ADM NO. | ROOM BED | ACCOM | SMK | HISTORY NO. |
|---|---|---|---|---|---|---|
| FRISON, ELLIS | 014587272008 | 12008 | CCU212 | X | | 145 87 27 |

| ADDRESS | PHONE | SOCIAL SECURITY NO. | PREV. ADMIN. | ADM. DT/TIME |
|---|---|---|---|---|
| 7001 HICKORY HILL RD | | 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 | | 12/16/93 |
| FALLS CHURCH    VA 22042 | 703-538-4827S/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 | | | 0203 |

| BIRTHDATE | AGE | SEX | | M. STATUS | RELIGION | SERVICE | IF ACCIDENT, DATE AND TIME | ADMITTED BY | DISCH. DATE/TM |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/49 | 044Y | M | B | MAR | NSP | MED | | DME | |

CODE 205

ATTENDING PHYSICIAN
RAZAVI,  MOHAMMAD H.

| ADMITTING DIAGNOSIS |
|---|
| M I-POSS |
| 410.9    ACUTE MYOCARDIAL INFARCTION OF UNSPECIFIED SITE |

| IN EMERGENCY, NOTIFY | | | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| FRISON, LORETTA | WIFE | | 703-538-4827 | 703-546-1188 |
| 7001 HICKORY HILL RD | FALLS CHURCH    VA 22042 | | | |

PATIENT'S EMPLOYER D.C. SUPERIOR COURT    PROBATION OFFICER    202-879-1948
409 E ST
WASHINGTON    DC 20001

| INSURANCE CO. | GROUP NO. | I.D. NO. | SERVICE NO. |
|---|---|---|---|
| UNION LABOR LIFE    C990 CA-2063 | | 247909862 | |
| EFF.         FRISON, E | | 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 | |
| PR=1 101 CONSTITUTION AVE;WASH;D.C.;20001 | | | |
| CHAMPUS RETIRED        C141 | | 247909862 | |
| EFF.         FRISON, E | | 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 | |
| PR=2 | | | |

SPOUSE/PARENT

OTHER INFORMATION    SRC7;REG DMS;
ADM BY PTH/DR CHG BY DME

| LOS | SERVICE | ATTENDING | SURGEON | CONSULTS | ASSISTANT | CHECK | ASSEMBLER | ANALYST | CODER | STATS |
|---|---|---|---|---|---|---|---|---|---|---|
| FD D DA | | | | | | | | | | |

**FINAL DIAGNOSIS**

| | ICD-9-CM CODE |
|---|---|
| PRINCIPAL DX: THE CONDITION ESTABLISHED AFTER STUDY TO BE CHIEFLY RESPONSIBLE FOR OCCASIONING THIS ADMISSION OF THE PATIENT TO THE HOSPITAL | |
| COMPLICATIONS: | |
| SECONDARY DX: | |

**PROCEDURES**

| | DATE |
|---|---|
| PRINCIPAL: THE PROCEDURE PERFORMED FOR DEFINITIVE TREATMENT AND MOST RELATED TO THE PRINCIPAL DIAGNOSIS. | FILED |
| ADDITIONAL: INCLUDE INVASIVE DIAGNOSTIC PROCEDURES | NOV 1  2002 |

CLERK

02 2278

Exhibit

2

DISPOSITION: WITH APPROVAL ____  WITHOUT APPROVAL ____  TRANSFERRED ____

EXPIRED: OVER 48 HRS. ____  UNDER 48 HRS. ____  AUTOPSY: YES ____ NO ____

FOR M.R. DEPT. USE ONLY
CONSULTING PHYSICIANS:

PERMANENT RECORD COPY



# FAIRFAX HOSPITAL
INOVA HEALTH SYSTEM

3300 Gallows Road
Falls Church, Virginia 22046
703 698-1110

## CARDIAC CATHETERIZATION REPORT

FRISON, ELLIS                          #145-87-27

DATE OF CATHETERIZATION:               12/16/93

CARDIOLOGIST:                          ALLAN SIMPSON, M.D.

ATTENDING PHYSICIAN:                   MOHAMMED RAZAVI, M.D.

PRECATHETERIZATION DIAGNOSIS:

POSTCATHETERIZATION DIAGNOSIS:

INDICATIONS:                           Mr. Frison is a 44-year-old
aviator who has had symptoms of chest pain for approximately 2
years. He was hospitalized last evening with acceleration of
his symptoms. His electrocardiograms have been abnormal,
although distinct changes have not occurred with recurrent
episodes of pain. At the time of the catheterization,
Mr. Frison still had lingering chest pain symptoms.

TITLE OF PROCEDURE:                    CARDIAC CATHETERIZATION:

DESCRIPTION OF PROCEDURE:              The right femoral artery was
entered by Seldinger technique under local Xylocaine
anesthesia. A #6 French vascular sheath was inserted. Left
heart catheterization, left ventriculography and bilateral
coronary angiography were performed using Judkins catheters.
There were no difficulties.

RESULTS:

1. Coronary angiography:   Injections of the right coronary
artery demonstrate a large dominant vessel. It passes beyond
the crux generating several posterolateral branches in addition
to the posterior descending branch. The vessel was smooth and
free of any evidence of atherosclerosis.

The left coronary artery is a large vessel, the left main
trifurcating into an anterior descending, ramus medianus and
circumflex. The anterior descending passes to the apex and
gives off a recurrent apical branch in a septal arcade. The
ramus medianus branch supplies the anterolateral wall, while
the circumflex gives off one marginal branch supplying the
lower lateral wall. The left coronary artery and its branches
are smooth, without evidence of atherosclerosis.

CONTINUED

Exhibit

2A

(13)