**USE BLACK BALLPOINT PEN — PRESS FIRMLY**

Authorization is hereby given to dispense a chemically identical drug (according to hospital formulary) unless otherwise specified.

| Date/Hour | ORDERS | |
|---|---|---|
| 8/16/96 11:44 pm | Admit to observation Telemetry | Physician Signature: |
| | Dx: A. Fib<br>KCP R10 mg | Printed MD Name or ID # |
| | C: Stable | |
| | Low Na⁺ — low fat cardiac diet | Physician Signature: |
| | Heplock IV | |
| | Bed rest c̄ bathroom privileges | Printed MD Name or ID # |
| | Verapamil 5 mg IV — now<br>Digoxin 0.5 mg IV — now<br>Digoxin 0.25 mg po — now<br>Digoxin 0.25 mg po at 6:00 am tomorrow<br>CPK — Q8° x 2 | Physician Signature: |
| | | Printed MD Name or ID # |
| 11:57 pm | Please hold Verapamil IV, Digoxin IV for now. If HR > 90 → Digoxin 0.5 mg IV and Digoxin 0.25 mg p.o.   TURQUIN | |

**← DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

PATIENT IDENTIFICATION: Frison Ellis
06/28/49   FA# 01458727
FRISON, ELLIS.   47   M
I 003703519

DRUG SENSITIVITIES

Exhibit 3

02 2278

**FAIRFAX HOSPITAL**
**PHYSICIAN'S ORDERS**

FILED NOV 19 2002

**USE BLACK BALLPOINT PEN — PRESS FIRMLY**

Authorization is hereby given to dispense a chemically identical drug
(according to hospital formulary) unless otherwise specified.

| Date/Hour | ORDERS |
|---|---|
| 8/6/92 2:30 | Admit TCU [illegible] - K9K - [illegible] Be NKS  1 hx of [illegible] and SOB VS rate [illegible] Flexeril Out [illegible] |
| | [illegible] 1" cu 90° |
| | TFTS - in AM |
| | [signatures] 8/7/96 |
| 8/7 | DC NTP up ad lib give 0.5 mg Digoxin Now p.o. DC O₂ EKG this AM |

← DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

PATIENT IDENTIFICATION: FRISM 06/28/49  FAM  0145872  47 M
FRISON, ELLIS,
I  023703519
[illegible], AYSE

DRUG SENSITIVITIES: Flexeril

Exhibit 3A

**FAIRFAX HOSPITAL**

**PHYSICIAN'S ORDERS**

| DATE | |
|---|---|
| 8/16/96 00ON | bp #1 (K.O.) Pt transferred from ED c̄ rapid afib & chest pain. CPK's @ 294 c̄ negative MB. Pt received Cardizem 20mg IVP in ED. now heart rate in 60's c̄ aflutter rhythm. Pt instructed to plans of care & quick heart routine. Will reinforce in am —Schem |
| | bp #2 (Discharge) Pt will be discharged home today as per Dr. Turgut. he is for overnight observation. —Schem |
| 06N | bp #3 (C.O.) Pt ♡ rate remain in aflutter rate 54-80's, asymptomatic. B/p 116/80. Digoxin, verapamil still on hold until further order. Continue to monitor. —Schem |
| 8/17/96 1630 | Pt d/c home by Dr. Pak. D/c instructions & prescriptions given for Digoxin given per by Dr. Pak. Med sheet for Digoxin given. Pt. instructed to take pulse before taking Dig, if pulse lower than 60 call Kaiser MD. Last CPK-199, no c/o CP, converted in SR-60, no ect. Dig 0.5 po given. No need for med schedual — pt. will be only on Digoxin once/day. Went home accompanied by his wife — |

06/28/49  PATIENT IDENTIFICATION  01458727   47  M
FRISON, ELLIS.
I  003703519
TURGUT, AYSE                        3134

FAIRFAX HOSPITAL
PATIENT PROGRESS RECORD

Exhibit 3B



| Problem No | Date Initiated | Initials | Problem | Date Resolved | Initials |
|---|---|---|---|---|---|
| 1 | 8/17 | aw | Knowledge Deficit of: PCCU routine | | |
| 2 | | | Discharge/Transfer Planning  Home overnight observation<br>Projected Date  8/17 | | |
| 3 | 8/17 | aw | alt in C.O. - Irregular heart rate | | |

PATIENT IDENTIFICATION

06/28/49   FAM   01456727
FRISON, ELLIS.         47   Y
0037035519

FAIRFAX HOSPITAL

**PATIENT PROBLEM LIST**

Exhibit

3C

FROM: 16-Aug-1996 23:51   TO: 17-Aug-1996 16:30

# DISCHARGE MEDICATION ADMINISTRATION PROFILE

FAIRFAX HOSPITAL
19-Aug-1996   08:02

F277-02  FRISON, Ellis                          MR#: 01458727  ACCT: I//FAM  3703519   ATTD: TURGUT, AYSE
         AGE: 47  DOB: 28-Jun-1949  SEX: M      INTERP:                                HGT (CM):     .00 KG
         CC: CHEST PRESSURE/DIZZINESS                          ISOLATION:              ALLERGIES:
         DX: MYOCARDIAL INFARCT NOS                            ADA DISABIL:            CYCLOBENZAPRINE HCL
         REASON:

| Start Date | Ord # | Med Description | Dose | Units | Route | Rate |
| End Date | | Comments/Syn/Ingred | | | Freq/X#/PRN | |
| Order MD | | Ord Date/Time | | | | |
| | | Ord By | | | | |

=================================================================================================================

Start: 16Aug96   Ord #:  29   ATROPINE SULFATE                    .5      MG       IV
End:                          SYN: (ATROPINE 1 MG SYRING)                          PRN
TURGUT, AYSE N, DR            PHARM: PER ADULT CC EMERGENCY ORDERS PROTOCOL
                              Ord Date/Time: 17Aug96 01:23                         Chgd Date/Time: 17Aug96 01:23
                              Ord By: HUNTER, LYMAN A., Pharmacist                 Chgd By: HUNTER, LYMAN A., Pharm

    Scheduled     Administered                 Dose/Units         Site    Charted          Clinician

-----------------------------------------------------------------------------------------------------------------

Start: 16Aug96   Ord #:  27   DIGOXIN                             .5      MG       IV
End:                          SYN: (LANOXIN 0.25MG/ML AM)                          ONCEx1
TURGUT, AYSE N, DR            PHARM: If hr > 90
                              Ord Date/Time: 17Aug96 01:22                         Chgd Date/Time: 17Aug96 01:22
                              Ord By: HUNTER, LYMAN A., Pharmacist                 Chgd By: HUNTER, LYMAN A., Pharm

    Scheduled     Administered                 Dose/Units         Site    Charted          Clinician

-----------------------------------------------------------------------------------------------------------------

Start: 16Aug96   Ord #:  28   DIGOXIN                             .25     MG       PO
End:                          SYN: (LANOXIN 0.25 MG TAB)                           ONCEx1
TURGUT, AYSE N, DR            Ord Date/Time: 17Aug96 01:23                         Chgd Date/Time: 17Aug96 01:23
                              Ord By: HUNTER, LYMAN A., Pharmacist                 Chgd By: HUNTER, LYMAN A., Pharm

    Scheduled     Administered                 Dose/Units         Site    Charted          Clinician

-----------------------------------------------------------------------------------------------------------------

Start: 17Aug96   Ord #:  39   DIGOXIN                             .5      MG       PO
End:                          SYN: (LANOXIN 0.25 MG TAB)                           ONCEx1
TURGUT, AYSE N, DR            Ord Date/Time: 17Aug96 13:53                         Chgd Date/Time: 17Aug96 13:53
                              Ord By: WRIGHT, RUTH B., REG PHARMS                  Chgd By: WRIGHT, RUTH B., REG PH

    Scheduled     Administered                 Dose/Units         Site    Charted          Clinician
    17Aug96 14:00 17Aug96 14:00                0.500 MG                   Given            NIKOLAEV, TAISIA A., CN II PNII

Exhibit 3D

FORM BLP:

```
F277-02  FRISON, Ellis                           MR#: 01458727  ACCT: 1//FAM  3703519  ATTD: TURGUT, AYSE N
                                                                                        19-Aug-1996  08:02
=============================================================================================================
Start: 16Aug96                                                                          Chgd Date/Time: 17A
End:   16Aug96    Ord #: 34  DILTIAZEM HCL                                              Chgd By: MAGRUDER,
                             SYN: (CARDIZEM 5MG/ML VIAL                                 IV          FLSTK

           Ord Date/Time: 17Aug96 03:20                    Dose/Units    Site  Charted
           Ord By: MAGRUDER, PATRICIA A., PAT REGSTR       25.000 MG           IV
  Scheduled                                                                    PRN
  16Aug96 03:20                                                                Administered

Start: 16Aug96                                                                          Chgd Date/Time: 17Aug96 01:23
End:              Ord #: 32  EPINEPHRINE                                                Chgd By: HUNTER, LYMAN A., Pharm
TURGUT, AYSE N. DR           SYN: (EPINEPHRINE SYRINGE
                             PHARM: PER ADULT CC EMERGENCY ORDERS PROTOCOL

           Ord Date/Time: 17Aug96 01:23                    Dose/Units    Site  Charted
           Ord By: HUNTER, LYMAN A., Pharmacist            5            )      MG    IV
  Scheduled                                                                          PRN    PRN
                                                                                     Administered

Start: 16Aug96                                                                          Chgd Date/Time: 17Aug96 01:23
End:              Ord #: 30  LIDOCAINE HYDROCHLORIDE (ANTIARRYTHMIC)                    Chgd By: HUNTER, LYMAN A., Pharn
TURGUT, AYSE N. DR           SYN: (LIDOCAINE SYRINGE
                             PHARM: PER ADULT CC EMERGENCY ORDERS PROTOCOL

           Ord Date/Time: 17Aug96 01:23                    Dose/Units    Site  Charted
           Ord By: HUNTER, LYMAN A., Pharmacist            100                 MG    IV
  Scheduled                                                                          PRN    PRN
                                                                                     Administered

Start: 16Aug96    Ord #: 31  LIDOCAINE/D5W                                              Chgd Date/Time: 17Aug96 01:23
End:                         SYN: (LIDOCAINE 0.4% RTU                                   Chgd By: HUNTER, LYMAN A., Pharm
TURGUT, AYSE N. DR           ING: PREMIX IV SOLUTION 500 ML
                             PHARM: PER ADULT CC EMERGENCY ORDERS PROTOCOL

           Ord Date/Time: 17Aug96 01:23                    Dose/Units    Site  Charted
           Ord By: HUNTER, LYMAN A., Pharmacist            2000                MG    IV
  Scheduled                                                                          IV-CONT   PRN
                                                                                     Administered

Start: 16Aug96    Ord #: 33  NITROGLYCERIN                                              Chgd Date/Time: 17Aug96 13:53
End:   17Aug96               SYN: (NITROGLYCERIN OINT                                   Chgd By:
TURGUT, AYSE N. DR

                                                            Dose/Units   Site  Charted  Clinician
           16Aug96 24:00                                    1.000 GM           GM      TD      CHAN, ANTONIO, CNII PNII
           16Aug96 06:00                                    1.000 GM           Given          CHAN, ANTONIO, CNII PNII
           17Aug96 06:00                                    1.000 GM           Given   Q6H    CHAN, ANTONIO, CNII PNII
           17Aug96 12:00                                                       Given          NIKOLAEV, TAISIA A., CN II PNII
  Scheduled
  16Aug96 24:00
  17Aug96 06:00
  17Aug96 12:00
```

Exhibit 3E

FROM: 16-Aug-1996 23:51   TO: 17-Aug-1996 16:30

```
========================================================================================
F277-02  FRISON, Ellis        MR#: 01458727  ACCT: I/ //FAM  3703519  ATTD: TURGUT, AYSE N, DR
========================================================================================
```

DISCHARGE MEDICATION ADMINISTRATION PROFILE
FAIRFAX HOSPITAL
19-Aug-1996  08:02
PAGE  3

Start: 16Aug96       Ord #: 35    NITROGLYCERIN
End:                              SYN: (NITROSTAT 0.4MG TAB    )                    4                    MG

    Ord Date/Time: 17Aug96 03:20                                                Chgd Date/Time: 17Aug
    Ord By: MAGRUDER, PATRICIA A., PAT REGSTR                                   Chgd By: MAGRUDER, P

| Scheduled       | Administered    | Dose/Units | Site | Charted | Clinician              |
|-----------------|-----------------|------------|------|---------|------------------------|
| 16Aug96 03:20   | 16Aug96 03:20   | 0.400 MG   |      |         | MAGRUDER, PATRICIA A   |
| 16Aug96 03:20   | 16Aug96 03:20   | 0.400 MG   |      |         | MAGRUDER, PATRICIA A   |
| 16Aug96 03:20   | 16Aug96 03:20   | 0.400 MG   |      |         | MAGRUDER, PATRICIA A   |
| 16Aug96 03:20   | 16Aug96 03:20   | 0.400 MG   |      |         | MAGRUDER, PATRICIA A   |

                                                                               SL
                                                                               FLSTK

Start: 16Aug96       Ord #: 36    NITROGLYCERIN
End:                              SYN: (NITROGLYCERIN OINT     )                    1                    GM

    Ord Date/Time: 17Aug96 03:20                                                Chgd Date/Time: 17Aug96 03:20
    Ord By: MAGRUDER, PATRICIA A., PAT REGSTR                                   Chgd By: MAGRUDER, PATRICIA A., P

| Scheduled       | Administered    | Dose/Units | Site | Charted | Clinician                    |
|-----------------|-----------------|------------|------|---------|------------------------------|
| 16Aug96 03:20   | 16Aug96 03:20   | 1.000 GM   |      |         | MAGRUDER, PATRICIA A., PAT REGSTR |

                                                                               TD
                                                                               FLSTK

Exhibit F

**EMERGENCY DEPARTMENT — MEDICAL RECORD**
**FAIRFAX HOSPITAL   FALLS CHURCH, VIRGINIA**

06/28/49   EO   01458727
FRISON, ELLIS,   47 M
Ellis Scott

MODE OF ARRIVAL TO TRIAGE:
☐ RESCUE  ☒ AMBULATORY  ☐ WHEELCHAIR/STRETCHER   TIME: 2027
TRIAGE ASSESSMENT: ☒ YES ☐ NO   ☐ CODE # SEVERITY

CHIEF COMPLAINT: Chest pain, numbness

TRIAGE ASSESSMENT: calm, @ lower
leg pain this afternoon
feels SOB, pressure pain
freehand (illeg), 07 sat
100%.

8/19/96

DOB 6/28/49

LAST ED VISIT:
☐ WITHIN 30 DAYS
☐ WITHIN 72 HOURS

VISUAL ACUITY:
OD ___ OS ___ OU ___

**VITAL SIGNS**
TIME: 2040
TEMP: 97.0
PULSE: 71
RESP: 20
B/P: 137/94

MEDICATIONS:
Digoxin
(illeg)

CURRENT MED. HX: A-Fib/Flutter
bleeding hemorrhoids

ALLERGIES: Flagyl

DRUG SENSITIVITIES: ___

☐ LNMP DATE ___
DATE OF LAST TETANUS: ___   WEIGHT: ___

**PHYSICIAN HISTORY/PHYSICAL EXAM**   TIME: ___
INFORMED CONSENT OBTAINED:   PMD: Kaiser F.C. ☐ NONE
R.O.S.: ___

New onset A fib 3 days ago, d/c on only ___
for coumadin (had converted) ___
New c/o 24 hrs intermittent feeling that
he is in/out of A flutter - sends to hyperactive
a-fib - each episode w/ retrosternal chest tightness,
lightheadedness, syncope.

Past Medical Hx: ? Cerebral aneurysm on MRI, ___

Family Hx: ___

O: A&O, Nontender, skin clear
Neck: bruit - lungs CTA, Heart RR, (illeg)
2 1-2/6 systolic (illeg) best @ LSB, S1 S2 reg R
Abd B9 ___

Social Hx: Former Army Pilot
Nonsmoker

☐ NO PAGE 2
☐ TRAUMA FLOW SHEET
☐ M SET SHEET
☐ CONTINUATION SHEET

**LABORATORY**
☐ ABG (F O2) ___
☐ AMYLASE ___
☐ BHCG QL QT ___
☒ CCU PROFILE CK 237
☐ CHEM 14 23 MB 5
☐ C & S ☐  2/10
☐  ☐  NG

☒ DRUG LEVELS: CO ___
DIG ETOH 0.7
THEO ___
☐ PT/PTT ___
☐ TOX SCREEN ___
SOURCE ___
TYPE ___

☐ TRAUMA ___
I   II   PEDS
☐ TYPE & HOLD ___
☐ TYPE & # ___
☐ TPA ___
☐ ___
☐ ___

☒ OLD RECORDS ___

X-RAY NO

☒ CHEST ___
___

☐ CBC
Hb 14.2  WBC 7.5
Hct 43.1  Plt 251K
Seg 2 Eo m 2

☐ CHM7
146 | 107 | 87
4.0 | 24 | 11
CR 1.0

U DIP
☐ MICRO: Tr Blood 2-5 RBC
☒ EKG
☒ MONITOR
ED INTERPRETATION: ST TW Δ's V2-3 c/w
?? r/o ischemia

☐ ABG   F O2 ___
pH ___
pCO2 ___ no change
pO2 ___
HCO3 ___ Dec EKG

☐ O2  L/MIN   ☐ MASK  ☐ NC
PULSE OXIMETER
PEAK FLOW  PRE / POST

CLINICAL ANALYSIS: ___

CASE DISCUSSED WITH: Kaiser F.C. Int med

DISPOSITION:
☐ DISCHARGE TIME ___
☐ ADMIT Dr. ___
☐ AMA
☐ TRANSFERRED TO: ___
ACCEPTED BY: ___

Exhibit
**3 G**

IMPRESSION: Acute intermittent A-fib
conducted, w/ tachycardia, etc (TBD)

E.D. STAFF PHY. SIGNATURES: R.Caruso
ATTD STAFF PHY. SIGNATURE: R.Caruso
NURSE SIGNATURES: P.Wentzien

## NEUROLOGICAL

☐ System Assessed, No Problems Identified        Time ___   Time ___ Initials ___   Time ___
                                                 Initials ___   no problems ☐       no problems ☐

1. Level of Consciousness: ☐ Disoriented ☐ Unconscious ☐ Lethargic ☐ Sedated
   Disoriented to: ☐ Person ☐ Place ☐ Time
2. Reflexes: ☐ Chewing ☐ Sucking ☐ Yawning   Gag: ☐ Weak ☐ Absent
   Right: Blink: ☐ Weak ☐ Absent   Right: Babinski: ☐ Abnormal
   Left: Blink: ☐ Weak ☐ Absent   Left: Babinski: ☐ Abnormal
3. ICP: ☐ Ventricular ☐ Brain Tissue/Space: describe: _____ ☐ Monitor: _____
4. Speech: ☐ Intubated/Trach ☐ Aphasic ☐ Slurred   Infant Age Appropriate: ☐ No
5. Fontanels: Anterior: ☐ Open ☐ Closed ☐ Soft ☐ Bulging ☐ Sunken
   Posterior: ☐ Open ☐ Closed ☐ Soft ☐ Bulging ☐ Sunken
6. ☐ See Neurological Assessment Sheet ☐ See Neurovascular Assessment Sheet

Comments:

## RESPIRATORY

☑ System Assessed, No Problems Identified        System assessed   System assessed
                                                 no problems ☐     no problems ☐

1. Respirations: ☐ Labored ☐ Nasal Flaring ☐ Stridor ☐ SOB
   Retractions: ☐ Intercostal ☐ Substernal ☐ Subcostal
2. Breathing Pattern: ☐ Irregular ☐ Shallow ☐ Other: _____ ☐ Apnea Seconds: _____
3. Chest Excursion: ☐ Asymmetrical   Describe: _____
4. Cough: ☐ Productive ☐ Non-Productive
5. Sputum: Color: _____ Amount: ☐ Scant ☐ Moderate ☐ Copious
   Consistency: ☐ Thin ☐ Frothy ☐ Thick ☐ Tenacious Odor: ☐ Yes Describe: _____
6. Trachea: ☐ R-Deviated ☐ L-Deviated
7. Airway: Tracheostomy Appliance/Size: _____ Site Condition: _____
   ET Tube: ☐ cuffed ☐ uncuffed   Oral: ☐ R ☐ L   Nasal: ☐ R ☐ L
   Size (Diameter): _____ CM (lip/nare): _____
8. Breath Sounds:              R  L                              R  L
   Anterior:  Crackles         ☐  ☐    Posterior:  Crackles     ☐  ☐
              Wheezes Ins/Exp  ☐  ☐                Wheezes Ins/Exp ☐ ☐
              Diminished       ☐  ☐                Diminished     ☐  ☐
9. Chest Tubes: Type of Device: _____
   Suction: ☐ Water Seal ☐ Wall Suction   CM Suction: _____
   Anterior: ☐ R ☐ L   Lateral: ☐ R ☐ L   Mediastinal: ☐ R ☐ L   ☐ Tidaling   ☐ Air Leak
   Character of Drainage: ☐ Serous ☐ Sanguinous ☐ Serosanguinous ☐ Purulent
   ☐ Crepitus Location: _____

Comments:

## CARDIOVASCULAR

☑ System Assessed, No Problems Identified   A. fib 50s-60s   system assessed   system assessed
                                                              no problems ☐     no problems ☐

| 1. Arterial | B | R | F | DP | PT | CAROTID |
|---|---|---|---|---|---|---|
| Pulses R |  |  |  |  |  |  |
| DA     L |  |  |  |  |  |  |

2. Edema: ☐ Generalized ☐ Sacral ☐ Extremity   Location: _____
3. Apical Heart Rhythm: ☑ Irregular ☐ $S_3$ ☐ $S_4$ ☐ Murmur ☐ Rub ☐ Split Sounds
4. Pacemakers: ☐ Permanent ☐ Temporary: ☐ Transvenous ☐ Epicardial ☐ Transcutaneous
   Rate: _____ AV Delay: _____ MA: A _____ V _____ Mode: ☐ Asyn ☐ Demand ☐ Other: _____
   ☐ ICD Type: _____ ☐ Off ☐ On

Comments:



Exhibit 3H

06/28/49   PATIENT IDENTIFICATION 3727

FAIRFAX HOSPITAL
**PATIENT DAILY ASSESSMENT**
CRITICAL CARE AND PEDIATRICS
PAGE 1 OF 3
Date 9-17-06



28-Jun-1948
Male

Technician: DHE

Vent. rate      79 bpm
PR interval     178 ms
QRS duration    92 ms
QT/QTc          344/394 ms
P-R-T axes      42 18 12

Normal sinus rhythm
Nonspecific T wave abnormality
Abnormal ECG

Unconfirmed

40 Hz    10 mm/s    10.0 mm/mV         by 2.5s + 1 rhythm ld         MAC 8 001E    12SL tm v250

Exhibit
3I

Case 1:02-cv-02278-ESH   Document 1-3   Filed 11/19/02   Page 11 of 12



28-Jun-1948
Male

Technician: DHE

Vent. rate      79 bpm
PR interval    178 ms
QRS duration   92 ms
QT/QTc    344/394 ms
P-R-T axes   42 18 12

Unconfirmed

40 Hz    5.0 mm/s    10.0 mm/mV    by 2.5s + 1 rhythm ld

Exhibit 3J

| Discharging Unit: | Important Phone #s: | Hospital ..................................................................698-1110 |
|---|---|---|
| PCCU | 698-3338 | Lost & Found .........................................................698-3494 |
| | | Medical Records ...................................................698-3261 |
| | | Patient Billing ........................................................21-4320 |

**PLEASE MAKE THIS FORM AVAILABLE TO YOUR HEALTH CARE PROVIDERS.**

Discharge to: _home_   Diet: ☐ Regular

Diagnosis at discharge: _atrial fibrillation_

Activities  ☐ No Restrictions

_As tolerated_

**MEDICATIONS** — See attached special information sheets

1.
2.
3. Digoxin 0.25 g  one a day
4.
5.
6.
7.

Sheets Attached

See attached medication administration guide.

**PHYSICIAN FOLLOW UP APPOINTMENTS:**

See an Internist at Falls church this wk - referral to cardiology + sleep study

Physician Name: S. Patt     Specialty: IM     Phone # 709-1500

Physician Signature: S/Patt     NOTE: If you have questions regarding your medications, call your physician.

Nurse Name: Taia Nicolaer

Nurse Signature: _____     Date: 8-17-96

☐ No other disciplines involved     Patient Signature:

PATIENT IDENTIFICATION

**FAIRFAX HOSPITAL**
INOVA HEALTH SYSTEM
**Patient Discharge Instruct**
Page 1 of 2

Exhibit 8K