

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1120 Vermont Avenue NW
Washington DC 20421-1111

OCT 21 1996

Mr. Ellis S. Frison, Jr.
7001 Hickory Hill Road
Falls Church, VA 22042

In Reply Refer To:   372/273
CSS 247 90 9862

Dear Mr. Frison:

This is in response to your inquiry concerning benefits from the Department of Veterans Affairs.

In connection with your claim for service connection for multiple disabilities, the Rating Board is **currently** reviewing your military service medical records, treatment reports from Rader Clinic, a report from Fairfax Hospital (catheterization), and information from the U.S. District Court concerning Agent Orange. We are confident that you will receive a decision within the next few weeks.

The medical records from Fairfax Hospital that you submitted with your inquiry have been forwarded to the Rating Board for consideration. You will be further advised concerning this matter.

We hope that this information will be useful.

Sincerely yours,

*C. Fay Norred*

C. FAY NORRED
Director

02 2278

FILED

Exhibit 4

NOV 1 9 2002

CLERK