

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
1120 Vermont Avenue NW
Washington DC 20421-1111

OCT 4 1996

In Reply Refer To: 372/273
CSS 247 90 9862

Ellis S. Frison, Jr.
7001 Hickory Hill Road
Falls Church, VA 22042

Dear Mr. Frison:

Your Department of Veterans Affairs (VA) records are currently out of file, and in the work process. To properly reply to your inquiry, we are making a special effort to obtain them. When the records are available, you will receive a complete response. We regret this delay in responding to your inquiry.

Sincerely yours,

C. FAY NORRED
Director

02 2278

FILED

NOV 1 9 2002

Exhibit

5