

**DEPARTMENT OF VETERANS AFFAIRS**
Washington Regional Office
1120 Vermont Avenue, NW
Washington DC  20421

OCT 2 3 1998

|  | In Reply Refer To: (372/211) |
|---|---|
| ELLIS S FRISON JR | CSS 247 90 9862 |
| 7001 HICKORY HILL RD | FRISO, E S |
| FALLS CHURCH, VA 22042 |  |

Dear Mr. Frison:

We made a decision on your compensation claim.

**What We Decided**

We agree that the conditions listed below are service-connected. Each one is less than 10% disabling:

1. Flatfoot
2. Hemorrhoids and anal fissure
3. Scar residual excision of mass of the right forearm

The law says VA can't pay for disabilities that are less than 10% disabling.

**Well Grounded Claim**

A well grounded claim has evidence that shows you might qualify for the benefit requested. You didn't give us the information we need to consider your claim for service connection for the following conditions:

- Numbness of the left hand, claimed as numbness of the left foot
- Loss of grip strength
- Hearing loss
- Head wound/skull fracture/facial fractures
- polyps in bowel
- Hypertension
- Bulging discs L5-S1 and DDD C5-6, claimed as low back and neck pain
- Post concussion syndrome with headaches, dizziness, loss of balance and ringing in the ears

02 2278

FILED

NOV 1 9 2002



Exhibit

8

2

CSS 247 90 9862
Friso, E S

- Defective visual acuity
- Functional heart murmur
- Chest pain
- Degenerative joints of the hand
- Residuals of right knee injury
- Dislocation of left elbow
- Right ankle fracture/dislocation/injury, diplopia

We have denied your claim for entitlement to a 10 percent evaluation based upon multiple, noncompensable service-connected disabilities.

### How We Made Our Decision

We carefully considered all the evidence we received. We have attached a copy of the Rating Decision. It shows the evidence we used and the reasons for our decision.

### If You Need Medical Care

You can receive free medical care for any service-connected disability. You can apply for treatment at the nearest VA medical center. Take a copy of this letter with you.

### If You Think We're Wrong

If you think our decision is wrong, you should write and tell us why. The enclosed VA Form 4107 explains your right to appeal.

### If You Have Questions

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

Sincerely yours,

*Y. J. White*

Adjudication Officer

Enclosure(s):   Rating Decision
                VA Form 4107

mmi

Exhibit 8A