

**DEPARTMENT OF VETERANS AFFAIRS**
Washington Regional Office
1120 Vermont Avenue, NW
Washington DC 20421

OCT 2 5 1996

In Reply Refer To: (372/211)
CSS 247 90 9862
FRISO, E S

ELLIS S FRISON JR
7001 HICKORY HILL RD
FALLS CHURCH, VA 22042

Dear Mr. Frison:

## Why We Are Writing

You have filed a claim for Vocational Rehabilitation Education (Chapter 31) benefits.

## What We Found

To be eligible for Chapter 31 benefits, a veteran must have a compensable service connected disability rating of at least 10 percent.

The evidence does not show that you have a compensable service connected disability of at least 10 percent. Therefore, you are not eligible for Chapter 31 benefits.

### If You Think We're Wrong

If you think our decision is wrong, you should write and tell us why. The enclosed VA Form 4107 explains your right to appeal.

### If You Have Questions

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

Sincerely yours,

*G. J. White*
Adjudication Officer

Enclosure(s): VA Form 4107

mmi

**02 2278**

**FILED**

NOV 1 9 2002

Exhibit

9