**DEPARTMENT OF VETERANS AFFAIRS**
Washington Regional Office
1120 Vermont Avenue, NW
Washington, DC 20421

PM # 7272-6-0737719
6520 SPRINCREST DR.
GREENBELT, MD 20748

Tuesday, November 20, 2001

Mr. E. Scott Frison, Jr.
6520 Springcrest Drive
Greenbelt, MD 20770

Dear Mr. E. Scott Frison, Jr.,

This is in reply to your inquiry concerning your interest in repurchasing your former home from the Department of Veterans affairs (VA).

Because VA has no desire to create needless inconvenience for former owners who find themselves faced with the possibility of having to vacate a property as a result of termination of a loan account through foreclosurer, we afford such persons an opportunity to repurchase the properties prior to offering them for sale to the general public. However, it is our policy that acquired properties may not be sold to former owners at less than VA's investment, including accrued interest which the former owners would have been obligated to pay if the loan had not been terminated. The purpose of this policy is to prevent former owners from, in effect, profiting from their own loan defaults. Repurchase at VA's investment places the former owner in substantially the same position that he or she would have been in had the foreclosurer not occured.

While it is VA's policy to extend reasonable consideration to former owners who might wish to repurchase their homes from VA, former owner applicants must have the financial ability as well as the willingness to make regular monthly payments. Before an application for VA financing to repurchase can be approved, it must be determined that the purchasor has sufficient income to make the necessary loan payments, to maintain the proprety in a good state of repair, to pay all taxes, insurance, utilities, and other obligations, and have adequate funds remaining for family support. The purchaser must also be a satisfactory credit risk.

VA has acquired the property from your former lender. The firm repurchase price will be (   $273,789.95   )

On all repurchases a minimum of an EARNEST MONEY DEPOSIT at the rate of:   10.00%   (   $27,379.00   ) calculated on the purchase price is required.

Enclosed are two contracts identified as VAF 26-6705, Offer to Purchase and Contract of Sale. The first is obtaining your own financing outside the VA or other government agency (cash). The second is obtaining financing through VA (term).

1.) The cash price is:   $273,789.95   earnest money deposit:   $27,379.00   balance due at closing:   $246,410.95
2.) The VA term price is:   $273,789.95

   earnest money deposit:   $27,379.00   (which is the downpayment amount)   along with a 2.25% funding
   fee of   $5,544.25   (to be collected at settlement) The current interest rate is   6.25% ( 6.50% APR)
   for a 30 year fixed rate. The P&I equals   ($1,517.19)   The loan amount is:   $246,410.95

   Application for VA term financing are processed by private underwritters and you will be required to pay a NONREFUNDABLE fee of $360 plus the cost of a credit report and any special services, such as overnight mail, which may be requested. These payments are made directly to the lender you choose to review your application. VA will send you a list of lenders along with further instructions when you return the above requested documents. Please remember you still have to qualify according to VA credit underwritting guidlines. Clear credit and sufficient assets must be verified in order for VA to process your final approval.

Please decide which type of financing would be in your best interest and complete the corresponding contract, sign and return it to this office with your earnest money deposit for   $27,379.00

Please submit the materials to this office by:   12/07/2001   The earnest money deposit must be in certified funds made payable to the Secretary of Veterans Affairs. Please be advised that this is a DIRECT SALE by VA and there will be no sales commission paid to any real estate agent or broker.

02 2278

FILED
NOV 1 9 2002

Exhibit
13

PURCHASE OFFER NO: (handwritten, illegible)

**VA Department of Veterans Affairs** — **OFFER TO PURCHASE AND CONTRACT OF SALE**

**PRIVACY ACT STATEMENT:** The information collected on this form will serve as an offer to purchase a VA-acquired property. The acquisition and sale of such property is authorized by law (38 U.S.C. 3720 (a) (5)). You are not required to furnish the information but urged to do so since it is vital to proper action by VA in processing your offer to purchase the subject property. Responses may be disclosed outside the VA only if the disclosure is authorized under the Privacy Act, including the routine uses identified in VA system of records, 55VA26, Loan Guaranty Home, Condominium and Manufactured Home Loan Applicant Records, Specially Adapted Housing Applicant Records, and Vendee Loan Applicant Records - VA, published in the Federal Register.

**RESPONDENT BURDEN:** VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 21 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

**INSTRUCTIONS TO BROKER** - Send original and one copy with all attachments to the VA Regional Office listing the property. If a vendee loan (seller financing) is requested and there is a co-purchaser who is not the spouse of the purchaser, a separate credit statement is required.

**1A. ADDRESS OF PROPERTY TO BE PURCHASED** (Include No., Street or rural route, City or P.O. Box, State and ZIP Code)
6520 SPRINGCREST DR., GREENBELT, MD 20770

**1B. PROPERTY IDENTIFIER**
PM727260737719

## SECTION I - PURCHASER(S) INFORMATION

**2A. NAME OF PURCHASER:** E. Scott Frison, Jr
**2B. ADDRESS OF PURCHASER:** 6520 Springcrest Drive, Greenbelt, MD 20770
**2C. HOME PHONE:** (301) 552-0439
**2D. BUSINESS PHONE:** (301) 552-0439

**3A. NAME OF PURCHASER:** Lisa Ann Frison
**3B. ADDRESS OF PURCHASER:** 6520 Springcrest Drive, Greenbelt, MD 20770
**3C. HOME PHONE:** (301) 552-0439
**3D. BUSINESS PHONE:** (301) 939-6211

**4. STATE EXACT NAME(S) IN WHICH TITLE IS TO BE CONVEYED:** E. Scott Frison, Jr + Lisa Ann Frison

**5. DO YOU PLAN TO OCCUPY THE PROPERTY?** ☒ YES ☐ NO

**5A. IS ANY PURCHASER A VETERAN?** ☒ YES ☐ NO (If "YES", complete Items 5B and 5C)
**5B. SERVICE/SERIAL NUMBER:**
**5C. DATES OF LATEST SERVICE:**

**6. IS THE PROPERTY BEING PURCHASED DIRECTLY OR INDIRECTLY BY OR FOR ANY OF THE FOLLOWING PERSONS OR THEIR CLOSE RELATIVE?** (If the answer(s) for Items 6A through 6D is/are "YES," give a detailed statement of circumstances on a separate sheet. The term "Close relative" as used means the spouse, parents, children, brother or sister, or any other relative who is a member of the purchaser's household.)

| | YES | NO |
|---|---|---|
| A. ANY PERSON WHO AT ANY TIME OBTAINED OR ASSUMED THE PAYMENT OF ANY LOAN MADE OR HELD BY VA OR GUARANTEED OR INSURED BY VA UNDER CHAPTER 37, TITLE 38, U.S. CODE? | ☒ | ☐ |
| B. ANY PERSON EMPLOYED BY VA OR RENDERING SERVICES TO VA ON A FEE OR COMMISSION BASIS; i.e., A VA AFFILIATE (SEE ITEM 12c1-5 ON THE REVERSE FOR A FULL DEFINITION OF "AFFILIATES"). (If "YES," is checked please give relationship) | ☐ | ☒ |
| C. ANY PERSON WHO AT ANY TIME WAS THE OWNER OF THE PROPERTY? | ☒ | ☐ |
| D. ANY PERSON WHO PREVIOUSLY PURCHASED A PROPERTY FROM VA? | ☒ | ☐ |

## SECTION II - TERMS OF PURCHASE, CERTIFICATIONS AND CONDITIONS OF TRANSMITTAL OF OFFER

**7. CASH OFFER** ☐ | **8. TERM OFFER** ☐

| 7. CASH OFFER | | 8. TERM OFFER | |
|---|---|---|---|
| A. OFFERED PRICE | $273789.95 | A. OFFERED PRICE | $ |
| DEDUCTIONS: | | B. LESS (-) DOWNPAYMENT | $ |
| B. DISCOUNT POINTS | $ | C. AMOUNT OF VENDEE LOAN REQUESTED (Item A - Item B) | $ |
| C. LOAN ORIGINATION FEE | $ | D. TIMES (X) CASH EQUIVALENT FACTOR | % |
| D. CLOSING COSTS | $ | E. CASH EQUIVALENT VALUE (CEV) OF LOAN AMOUNT (Item C x Item D) | $ |
| E. SALES COMMISSION | $ | F. PLUS (+) FUNDING FEE ( % of Item C) | $ |
| F. SALES BONUS | $ | G. PLUS (+) DOWNPAYMENT (Item B) | $ |
| G. TOTAL DEDUCTIONS | $ | H. ADDITIONS TO CEV OF LOAN AMOUNT (Item F + Item G) | $ |
| H. NET TO VA (Item A - Item G) | $273789.95 | I. CASH EQUIVALENT VALUE OF TOTAL OFFER (Item E + Item H) | $ |
| | | J. LESS (-) SALES COMMISSION | $ |
| | | K. LESS (-) SALES BONUS | $ |
| | | L. TOTAL DEDUCTIONS (Item J + Item K) | $ |
| | | M. NET TO VA (Item I - Item L) | $ |

**I. PURCHASER(S) AGREE TO CLOSE WITHIN** 60 **DAYS AFTER OFFER IS ACCEPTED BY VA.**

**N. INTEREST RATE:** %
**O. NO. OF YEARS:**
**P. MONTHLY P & I PAYMENT:** $

**9. AMOUNT OF EARNEST MONEY DEPOSIT** ▶ $ 273789.95

**Exhibit 13A**

VA WILL ACCEPT THE OFFER WHICH PROVIDES THE HIGHEST NET RETURN TO VA, BASED ON CORRECT CA(LCULATIONS) IN THE COMPUTATION OF THE NET TO VA MAY RESULT IN THE OFFER BEING REJECTED AND ANOTHER OFF(ER)

The "Conditions of Sale" on the reverse of this Offer to Purchase and Contract of Sale and any required Attachments and Ad(denda to the) purchaser(s) are incorporated herein and are a part hereof. All parties hereto acknowledge they have read and understand th(e) reverse of this Offer to Purchase and Contract of Sale (and any required Attachments and Addendums) as evidenced by their s(ignatures).

**PENALTY** - The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evide(nce known) it to be false.

**10A. SIGNATURE OF PURCHASER:** (signed)
**10B. DATE SIGNED:** 01/12/02
**11A. SIGNATURE OF SPOUSE OR CO-PURCHASER:** (signed)
**11B. DATE SIGNED:** 12/10/01

PURCHASE OFFER NO: TEAM OFFER

OMB Approved No. 2900-0029
Respondent Burden: 21 Minutes

## Department of Veterans Affairs — OFFER TO PURCHASE AND CONTRACT OF SALE

**PRIVACY ACT STATEMENT:** The information collected on this form will serve as an offer to purchase a VA-acquired property. The acquisition and sale of such property is authorized by law (38 U.S.C. 3720 (a) (5)). You are not required to furnish the information but urged to do so since it is vital to proper action by VA in processing your offer to purchase the subject property. Responses may be disclosed outside the VA only if the disclosure is authorized under the Privacy Act, including the routine uses identified in VA system of records, 55VA26, Loan Guaranty Home, Condominium and Manufactured Home Loan Applicant Records, Specially Adapted Housing Applicant Records, and Vendee Loan Applicant Records - VA, published in the Federal Register.

**RESPONDENT BURDEN:** VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 21 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

**INSTRUCTIONS TO BROKER** - Send original and one copy with all attachments to the VA Regional Office listing the property. If a vendee loan (seller financing) is requested and there is a co-purchaser who is not the spouse of the purchaser, a separate credit statement is required.

| 1A. ADDRESS OF PROPERTY TO BE PURCHASED (Include No., Street or rural route, City or P.O. Box, State and ZIP Code) | 1B. PROPERTY IDENTIFIER |
|---|---|
| 6520 SPRINGCREST DR., GREENBELT, MD 20770 | PM727260737719 |

### SECTION I - PURCHASER(S) INFORMATION

| 2A. NAME OF PURCHASER | 2B. ADDRESS OF PURCHASER | 2C. HOME PHONE |
|---|---|---|
| E. Scott Frison, Jr | 6520 Springcrest Drive, Greenbelt MD 20770 | (301) 552-0439 |
| | | 2D. BUSINESS PHONE (301) 552-0439 |
| 3A. NAME OF PURCHASER | 3B. ADDRESS OF PURCHASER | 3C. HOME PHONE |
| Lisa Ann Frison | 6520 Springcrest Drive, Greenbelt, MD 20720 | (301) 552-0439 |
| | | 3D. BUSINESS PHONE (301) 939-6711 |

| 4. STATE EXACT NAME(S) IN WHICH TITLE IS TO BE CONVEYED | 5. DO YOU PLAN TO OCCUPY THE PROPERTY? |
|---|---|
| E. Scott Frison Jr & Lisa Ann Frison | ☒ YES ☐ NO |

| 5A. IS ANY PURCHASER A VETERAN? | 5B. SERVICE/SERIAL NUMBER | 5C. DATES OF LATEST SERVICE |
|---|---|---|
| ☒ YES ☐ NO (If "YES", complete Items 5B and 5C) | RA 12846023 / 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 | Feb 1987 |

**6. IS THE PROPERTY BEING PURCHASED DIRECTLY OR INDIRECTLY BY OR FOR ANY OF THE FOLLOWING PERSONS OR THEIR CLOSE RELATIVE?** (If the answer(s) for Items 6A through 6D is/are "YES," give a detailed statement of circumstances on a separate sheet. The term "Close relative" as used means the spouse, parents, children, brother or sister, or any other relative who is a member of the purchaser's household.)

| | YES | NO |
|---|---|---|
| A. ANY PERSON WHO AT ANY TIME OBTAINED OR ASSUMED THE PAYMENT OF ANY LOAN MADE OR HELD BY VA OR GUARANTEED OR INSURED BY VA UNDER CHAPTER 37, TITLE 38, U.S. CODE? | ☒ | ☒ |
| B. ANY PERSON EMPLOYED BY VA OR RENDERING SERVICES TO VA ON A FEE OR COMMISSION BASIS; i.e., A VA AFFILIATE (SEE ITEM 12c1-5 ON THE REVERSE FOR A FULL DEFINITION OF "AFFILIATES"). (If "YES," is checked please give relationship) | ☐ | ☒ |
| C. ANY PERSON WHO AT ANY TIME WAS THE OWNER OF THE PROPERTY? | ☒ | ☐ |
| D. ANY PERSON WHO PREVIOUSLY PURCHASED A PROPERTY FROM VA? | ☒ | ☐ |

### SECTION II - TERMS OF PURCHASE, CERTIFICATIONS AND CONDITIONS OF TRANSMITTAL OF OFFER

| 7. CASH OFFER ☐ | | | 8. TERM OFFER ☒ | |
|---|---|---|---|---|
| A. OFFERED PRICE | $ | A. OFFERED PRICE | $273,789.9 | |
| DEDUCTIONS: | | B. LESS (-) DOWNPAYMENT | $27,379.00 | |
| B. DISCOUNT POINTS | $ | C. AMOUNT OF VENDEE LOAN REQUESTED (Item A - Item B) | $ | |
| C. LOAN ORIGINATION FEE | $ | D. TIMES (X) CASH EQUIVALENT FACTOR | 95 % | |
| D. CLOSING COSTS | $ | E. CASH EQUIVALENT VALUE (CEV) OF LOAN AMOUNT (Item C x Item D) | $ | |
| E. SALES COMMISSION | $ | F. PLUS (+) FUNDING FEE (2.25% of Item C) | $ | |
| F. SALES BONUS | $ | G. PLUS (+) DOWNPAYMENT (Item B) | $27,379.00 | |
| G. TOTAL DEDUCTIONS | $ | H. ADDITIONS TO CEV OF LOAN AMOUNT (Item F + Item G) | $ | |
| H. NET TO VA (Item A - Item G) | $ | I. CASH EQUIVALENT VALUE OF TOTAL OFFER (Item E + Item H) | $ | |
| | | J. LESS (-) SALES COMMISSION | $ | |
| | | K. LESS (-) SALES BONUS | $ | |
| | | L. TOTAL DEDUCTIONS (Item J + Item K) | $ | |
| | | M. NET TO VA (Item I - Item L) | $ | |
| I. PURCHASER(S) AGREE TO CLOSE WITHIN ____ DAYS AFTER OFFER IS ACCEPTED BY VA. | | N. INTEREST RATE 6.25% | O. NO. OF YEARS 30 | P. MONTHLY P & I PAYMENT $1517.19 |

**9. AMOUNT OF EARNEST MONEY DEPOSIT** ▶ $27,379

VA WILL ACCEPT THE OFFER WHICH PROVIDES THE HIGHEST NET RETURN TO VA BASED ON CORRECT CAL IN THE COMPUTATION OF THE NET TO VA MAY RESULT IN THE OFFER BEING REJECTED AND ANOTHER OFFE

The "Conditions of Sale" on the reverse of this Offer to Purchase and Contract of Sale and any required Attachments and Adde purchaser(s) are incorporated herein and are a part hereof. All parties hereto acknowledge they have read and understand the reverse of this Offer to Purchase and Contract of Sale (and any required Attachments and Addendums) as evidenced by their sig

**PENALTY** - The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or eviden it to be false.

| 10A. SIGNATURE OF PURCHASER | 10B. DATE SIGNED 12/11/01 | 11A. SIGNATURE OF SPOUSE OR CO-PURCHASER |

Exhibit 13B