

**FULL SPECTRUM** LENDING
A Member of the Countrywide Family
35 N. Lake Avenue
Pasadena, CA 91101

**Take advantage of:**

...the lowest interest rates in years.

...your choice of refinance options.

...a fast and simple approval process.

**You're Pre-approved!**
Ellis Frison
6520 Springcrest Dr
Greenbelt MD 20770-3060

Call **1-800-483-5104**
Offer expires May 2, 2002

Loan Reservation Number: M09867-0110845

Dear Ellis Frison:

If you haven't considered refinancing your home loan, you may be missing out on the best opportunity in years to possibly save money. Today's low interest rates mean you can swap high-interest debt for lower monthly payments - or even get cash out to pay off bills or use for personal reasons. And it's easier than you may think, because...

   You are already pre-approved for a refinance loan from Full Spectrum Lending!

Unlike many other lenders, Full Spectrum won't have a "take it or leave it" attitude. We'll offer at least two refinancing options to fit your situation, and you may even qualify for a loan for up to 90% of your home's value. You could get cash to pay off bills, fund home improvements, put towards a child's education - whatever you wish.

Just think of the hassles and money you'll save by:

- Streamlining your monthly bills into one simple payment.
- Increasing your available cash by reducing your monthly bill payments.*
- Exchanging high-interest credit cards or loans for a lower-rate home loan.

And because the home loan interest paid is often tax-deductible, you may even save money on your taxes at the end of the year!**

   Just call us today at 1-800-483-5104.

02 2278

FILED
NOV 1 9 2002

Sincerely,

*Lloyd M. Sargeant*

Lloyd M. Sargeant
Executive Vice President, Full Spectrum Lending

P.S. Take advantage of a great time to refinance. Call us today at 1-800-483-5104.

**Reasons to refinance now:**

Lower your monthly payment.

Have access to cash.

Consolidate monthly bills with a lower interest rate.*

CHL/CP-RAT3-057  EQUAL HOUSING LENDER

Exhibit
14

015/RT B