# LUKE SWINDLER GRI, CBR

**301-567-0021**
Cell Phone/Voice Mail 202-365-8836
E-mail: lukehomes@mris.com
www.homesdatabase.com/lukehomes
(click on homes prospector)

**Fairfax Realty, Inc.**

**Call Me Today! FREE QUALIFYING**



SPECIALIZING in First Time Buyers, Military Personnel, Government Owned Homes, New Homes, Resales, Rent/Option to buy and Land Installments. $500 to 1% Down can get you into these homes. We have a FREE First Time Home Buyers Seminar every Saturday. You must RSVP for the seminar.
Looking for 6% or 6.875% fixed?
Call Luke today!
Limited time only.

## ONLY ONE YEAR OUT OF BANKRUPTCY? I CAN GET YOU A HOME!




**GORGEOUS BRICK RAMBLER - NEW CARROLLTON**
Four bedrooms, 2.5 baths, separate living & dining rooms, finished basement with 4th bedrooms, full bath and huge walk-in closet. Deck with hot tub, nice level yard and carport. $185,000.

**GREENBELT COLONIAL**
Four BR, 2.5 BA, walk-in closet, open foyer, eat-in kitchen with island, deck, family room, basement, 2-car garage. Less than 10 years old, government owned. $237,500.





**THREE BEDROOMS**
3.5 baths, eat-in kitchen, separate dining and living room, end unit, finished basement, less than 10 years old. Government owned. $130,000.

**TWO BEDROOMS**
2 baths, separate living & dining room, loft, washer & dryer, private balcony, less than 6 years old. From $78,000 - 99,000. Government owned.

**GREENBELT CONDO**
Shows like a model 2 BR, 2 BA, MBA, large walk-in closet and large wall closet, sep. dining & living rooms, den, patio, (NEW) remodeled kitchen, plus more! 1200 square feet. $94,900.



**PENTHOUSE CONDO**
Luxury 2 BR with walk-in closets, sep. dining & living rooms. Living rm. has cathedral ceilings, a large skylight and double-sided fireplace with exposed brick. Private balcony off of master bedroom. $131,000.
Fort Lincoln, Washington DC.



**DON'T LET THIS ONE PASS YOU BY!**
Gorgeous 4 BR, 2.5 BA Colonial. Master BA has soaking tub and separate shower & walk-in closets. Separate living and dining rooms, country kitchen with island, family room w/fireplace, 2-car garage, and walk-out bsmnt. $210,000. Gov't owned. Less than 7 years old.



**GOVERNMENT OWNED**
Colonial with 3 bedrooms, 2 full and 2 half baths, fireplace in family room, finished basement and 2-car garage. $172,000. less than 5 years old.

*First Combined Community Federal Credit Union and Wells Fargo Home Mortgage Present*
**1st ANNUAL CENTRAL PRINCE GEORGE'S COMMUNITY REVITALIZATION DAY**
First and Second Time Homebuyers Seminar Schedule
7800 Central Avenue Second Floor, Landover, MD 20
August 24, 2002 / 9am-1pm

**Please RSVP!**   **Door Prizes!**

Exhibit 17

## HUD & VA HOMES ALSO FOR SALE

Volume 17 Issue 4 - Page 39



# George Bohler
**Specializing in HUD & VA Foreclosures**
Cell: (301) 651-7276
Fax: (301) 390-1016 • Office: (301) 249-1600
12162 Central Avenue Mitchellville, MD 20721

**LONG & FOSTER REALTORS — MITCHELLVILLE**



One of Top 10 Agents in Mitchellville Office, Your Property Listed at my Website Will Include Interior Shots! Visit My Website & Get All Your Real Estate Questions Answered!

## www.georgebohler.com


**OXON HILL — $100,000**
Freshly painted, new carpet, 2 BRs, 2 BAs, separate dining & large MBR.


**UPPER MARLBORO — $138,000**
Croom Rd., 3 BR, 1.5 BAs, over 2 ACRES! Make us an offer!


**RIVERDALE — $135,000**
Two BRs, fin.bsmt, 1.5 BAs, sep. gar., lg. backyard, sep. DR & LR. Lots of room for the price!

**Interior shots of VA Homes at www.georgebohler.com**


*VA SALE — AVAILABLE TO GENERAL PUBLIC*
**GREENBELT — $237,000**
Four bedrooms, 2.5 baths, HUGE!


*VA SALE — AVAILABLE TO GENERAL PUBLIC*
**BOWIE — $182,000**
15642 Ensleigh Ln. near Bowie Town Center, 3 BRs, 2.5 BAs.


*VA SALE — AVAILABLE TO GENERAL PUBLIC*
**BOWIE — $280,000**
Four bedrooms, 2.5 baths, huge, near Bowie Town Center


*VA SALE — AVAILABLE TO GENERAL PUBLIC*
**PERRYWOOD — $223,000**
Three bedrooms, 2.5 baths.


*VA SALE — AVAILABLE TO GENERAL PUBLIC*
**UPPER MARLBORO**
Four bedrooms, 2.5 baths, large finished bsmt, 2 FPs, huge deck!


*VA SALE — AVAILABLE TO GENERAL PUBLIC*
**SPRING...**
Three B...
FP, Whir...

Exhibit 17A

**Full-time Agent for Residential, Lots, Commercial & Church Properties**



# Gregory M. Wilson
## CBR, REALTOR
### RESPECT... RESPONSIVENESS... RESULTS!

Century 21 HOME CENTER
9811 Greenbelt Rd. Ste 205
Seabrook, MD 20706
Phone: 301-552-3000
Toll Free: 800-679-9786

Phone: 240-876-9779 • Fax: 301-808-1581
Email: gmwilson@mris.com
www.homesdatabase.com/gregorywilson

**CLINTON — $161,000**
This is it and it's waiting for you! All brick construction, 3 bedrooms, 2 baths. With fireplace for those romantic winter evenings. **CALL GREGORY.**

**CLINTON — $152,000**
Tired of the renting game? This is your chance to own this 3 bedroom, 1.5 bath home with basement, plus a two car garage and a great neighborhood. Government owned. **CALL GREGORY.**

**UPPER MARLBORO — $165,000**
Three bedroom, 2 full bath, 2 half bath Townhome. Partially finished basement. 1,466 sq. ft. of living space plus a deck and a fireplace! **CALL GREGORY.**

PINNACLE 1998-2001 | CBR CERTIFIED BUYER REPRESENTATIVE | GRI GRADUATE REALTOR INSTITUTE | REALTOR | EQUAL HOUSING OPPORTUNITY

---

# Marethea Bethea
*"Providing Over 20 Years of Quality Service to Buyers and Sellers"*

Century 21 HOME CENTER
301-552-3000   301-773-1483
(C) 240-462-6456
bethea@mris.com

PINNACLE 1998-2001

**SUPER VA HOME** – with open foyer, four bedrooms, 3 baths, master suite, spacious closets, country kitchen, fireplace, dining room, and finished basement. Call Bethea.

**UNBELIEVABLE SPACIOUS VA HOME** – five bedrooms, 3.5 baths, open foyer, master suite, walk-in closets, eat-in kitchen, dining room, fireplace, basement and deck. Call Bethea.

**HUGE EXECUTIVE VA HOME** – four bedrooms, 2.5 baths, gigantic master suite, walk-in closets, huge kitchen, dining room, library, family room, basement, deck and fenced yard. Call Bethea.



**FOUR BEDROOM, 2.5 BATH VA HOME** – master suite, walk-in closets, country kitchen, dining room, basement and fenced yard. Great location. Call Bethea.



**SPACIOUS FOUR BEDROOM, 2.5 BATH VA HOME** – master suite, walk-in closets, breakfast room, dining room, basement, deck and nice yard. Call Bethea.



**SUPER FIV**... master suite... room, firep... Bethea.

Exhibit 17B